BRETT L. TOLMAN, United States Attorney (#8821)
WILLIAM K. KENDALL, Assistant United States Attorney (#7906)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: 801.524.5682

FILED
U.S. DISTRICT COURT

2009 NOV 18  P 5: 21

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ADAM K. THOMPSON and THOMAS W. KELSEY,  Defendants. | **INDICTMENT**  VIO. 18 U.S.C. § 922(g)(1), POSSESSION OF A FIREARM BY A CONVICTED FELON;  VIO. 18 U.S.C. § 922(j), POSSESSION OF A STOLEN FIREARM.  Case: 2:09-cr-00869 Assigned To : Campbell, Tena Assign. Date : 11/18/2009 Description: USA v. |

The Grand Jury Charges:

COUNT I
(18 U.S.C. § 922(g)(1))

On or about October 3, 2009, in the Central Division of the District of Utah,

ADAM K. THOMPSON,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce, firearms, to wit: a Browning shotgun, a Smith and Wesson handgun, and a Ruger handgun; all in violation of 18 U.S.C. § 922(g)(1).

COUNT II
(18 U.S.C. § 922(j))

On or about October 3, 2009, in the Central Division of the District of Utah,

ADAM K. THOMPSON,

the defendant herein, did knowingly receive, possess, conceal, and store, stolen firearms, to wit: a Browning shotgun, a Smith and Wesson handgun, and a Ruger handgun, which firearms had been shipped or transported in interstate commerce; all in violation of 18 U.S.C. § 922(j).

COUNT III
(18 U.S.C. § 922(g)(1))

On or about October 3, 2009, in the Central Division of the District of Utah,

THOMAS W. KELSEY,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Ruger handgun; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

BRETT L. TOLMAN
UNITED STATES ATTORNEY

WILLIAM K. KENDALL
Assistant United States Attorney