# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Adam K. Thompson, et al.**

## WARRANT FOR ARREST

CASE NUMBER: 2:09-CR-00869-001 TC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**ADAM K. THOMPSON**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Possession of a Firearm by a Convicted Felon; Possession of a Stolen Firearm**

in violation of __18:922(g)(1); 18:922(j)__ United States Code.

D. Mark Jones
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

By: Aimee Trujillo
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 19, 2009 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _1264 South 500 East Vernal/Utah_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-19-09 | Sergeant Bevan Watkins | Sgt B. Watkins |
| DATE OF ARREST | | |
| 11-28-09 | | |

AO 442

# United States District Court

### DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Adam K. Thompson, et al.**

FILED
U.S. DISTRICT COURT
2009 DEC -2 P 4: 01
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER: 2:09-CR-00869-002 TC

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**THOMAS W. KELSEY**__
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Possession of a Firearm by a Convicted Felon**

in violation of __18:922(g)(1)__ United States Code.

D. Mark Jones
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

By:   Aimee Trujillo
      Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 19, 2009 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  47 East 600 No #6 Vernal Utah

| DATE RECEIVED  11-19-09 | NAME AND TITLE OF ARRESTING OFFICER  Sergeant Ben Watkins | SIGNATURE OF ARRESTING OFFICER  Sgt Ben Watkins |
|---|---|---|
| DATE OF ARREST  11-28-09 | | |